*Order Entered April 5, 2006:*

YOUNG V PUNTURO, Docket No. 223586. This Court held defendant's motion for reconsideration in abeyance pending final action by the Alabama Supreme Court. The Alabama Supreme Court ruled that the Tuscaloosa County Circuit Court lacks jurisdiction over the custody, child support, and visitation issues concerning the children of the parties. Accordingly, this Court orders that the motion for reconsideration is granted, and this Court's opinion issued June 25, 2002, is hereby vacated. A new opinion will be issued.

GRIFFIN, J., did not participate.

*Order Entered May 8, 2006:*

WARD V SIANO, Docket No. 265599. The Court orders that a special panel shall be convened in accordance with MCR 7.215(J) to resolve the conflict between this case and *Mazumder v Univ of Michigan Bd of Regents,* 270 Mich App 42 (2006).

The Court further orders that part II(D) of the opinion released on April 13, 2006, which addresses the applicability of the doctrine of equitable tolling in cases affected by the retroactive application of *Waltz v Wyse,* 469 Mich 642 (2004), is vacated. MCR 7.215(J)(5).

Appellant may file a supplemental brief within 21 days of the Clerk's certification of this order. Appellees may file a supplemental brief within 21 days of service of appellant's brief. Nine copies must be filed with the Clerk of the Court.